IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.:4:23-cv-676-O<br>)<br>) JURY TRIAL DEMANDED |
| **THOMAS COLLINS,**<br>**PATRICK THOMAS,**<br>**GARY KOULETAS,**<br>**SCOTT LEVINE, and**<br>**BRIAN KINGSFIELD,** | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF AGREED FINAL JUDGMENTS AS TO THOMAS COLLINS, PATRICK THOMAS, GARY KOULETAS, SCOTT LEVINE, AND BRIAN KINGSFIELD**

Plaintiff Securities and Exchange Commission ("Commission" or "SEC") respectfully moves the Court to enter Final Judgments against Defendants Thomas Collins, Patrick Thomas, Gary Kouletas, Scott Levine, and Brian Kingsfield ("Defendants") in the form attached hereto. In support of this motion, the Commission states as follows:

1. The Commission filed this civil action on June 30, 2023, alleging that Defendants committed violations of the federal securities laws. *See* Dkt. No. 1.

2. The Commission has reached a settlement with Defendants. Defendants have executed written consents (the "Consents") that set out the terms of the agreements. True and correct copies of the Consents are filed herewith as Exhibit A. Under the terms of the Consents, Defendants consent to the entry of Final Judgments. True and correct copies of the Final Judgments are attached hereto as Exhibit B.

3. Under the terms of the Consents, Defendants, *inter alia*: (a) acknowledge having been served with process; (b) acknowledge having made a general appearance; (c) admit the Court's jurisdiction over each of them and over the subject matter of this action; and (d) consent to the entry of the Final Judgments.

4. The Final Judgments dispose of all issues in the Commission's case against the Defendants. However, as set forth in the Final Judgments, this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms in the Final Judgments.

For all of these reasons, the Court should grant this Motion and enter Final Judgments against Defendants in the form agreed by the parties.

Dated: June 30, 2023                                   Respectfully submitted,


*s/ Matthew J. Gulde*
MATTHEW J. GULDE

Illinois Bar No. 6272325
United States Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-1410
Fax: 817-978-4927
*guldem@sec.gov*

COUNSEL FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF CONFERENCE

      I hereby certify that in April and May 2023, counsel representing the Commission conferred with counsel for Defendants regarding the content of this motion and confirmed that they are not opposed to the relief sought by the SEC.

      *s/ Matthew J. Gulde*
      Matthew J. Gulde

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2023, a copy of foregoing *Unopposed Motion for Entry of Agreed Final Judgments as to Defendants Thomas Collins, Patrick Thomas, Gary Kouletas, Scott Levine, and Brian Kingsfield,* was filed electronically and served by mail as soon as practicable on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      *s/ Matthew J. Gulde*
      Matthew J. Gulde